Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

FILED NOV 3 0 2004

LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** JESSE TATE  **Case Number:** 053L 2:00CR00153-001J

**Name of Sentencing Judicial Officer:** Honorable Carl J. Barbier

**Offense:** 18 U.S.C. 922(g)(1) - Violation of the Federal Gun Control Act

**Date of Sentence:** November 08, 2000

**Sentence:** 46 months custody of the Bureau of Prisons, followed by a three year term of supervised release. A $100.00 special assessment was also imposed.

**Special Conditions:**

1. Financial disclosure
2. Orientation and life skills
3. Drug testing/treatment
4. Mental health treatment
5. Avoid contact with victim and her family
6. Obtain a General Equivalency Diploma and/or complete vocational training, as directed by the probation officer

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** November 03, 2003
**Assistant U.S. Attorney:** Greg Kennedy  **Defense Attorney:** John H. Craft

---

### PETITIONING THE COURT

[ X ] To issue a warrant to be lodged as a detainer                    [ ] To issue a summons

For the arrest of Jesse Tate for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**                 **Nature of Non-Compliance**

Mandatory Condition:                 On November 11, 2004, Tate was arrested by members of the New Orleans Police Department and charged with domestic violence, criminal damage to property, disturbing the peace, public drunkenness, and criminal trespassing. These charges are pending in Orleans Parish Municipal Court under Docket Nos. 944-787 and 944-786.

DATE OF ENTRY
DEC - 2 2004

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

On September 11, 2004, Tate was arrested by members of the New Orleans Police Department and charged with domestic violence. These charges are pending in Orleans Parish Municipal Court under Docket No. 936-487.

On April 15, 2004, Tate was arrested by members of the New Orleans Police Department and charged with domestic violence. These charges are pending in Orleans Parish Municipal Court under Docket No. 917-192.

On March 30, 2004, Tate was arrested by members of the New Orleans Police Department and charged with public drunkenness. Tate pled guilty as charged on March 31, 2004, and was given credit for time served under Docket No. 914-920.

On November 6, 2003, Tate submitted a urinalysis to personnel of the U. S. Probation Office, which tested positive for marijuana. Tate denies using marijuana.

**CUSTODIAL STATUS :**

Tate is currently incarcerated in Orleans Parish Prison on municipal charges.

_____
Michael E. Fulham
U.S. Probation Officer
November 24, 2004

REVIEWED BY:

_____
Stephanie H. Williams
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

November 30, 2004
Date

Address of Offender:   1660 N. Roman St., Apt C
                       New Orleans, LA 70116

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
  Original    - Clerk's Office
  1 Copy Certified   - U.S. Attorney
  1 Copy Certified   - U.S. Marshal's Office
  2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING