


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC 27 PM 4:48

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
MOORE, M.J.
DECEMBER 27, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. **00-153**

JESSE TATE                                  SECTION "J"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/WITHOUT COUNSEL _____
              X / ASST. U. S. ATTORNEY  GREG KENNEDY  _Jay Quinian for_
              X / PROBATION OFFICER  MICHAEL E. FULHAM
              __ / INTERPRETER, _____, SWORN (TIME: _____.M. TO _____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ  SUMMARIZED  **WAIVED**

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR _____

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_January 6, 2005  2:00 p.m._
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_December 28, 2004 at 2:00 p.m._
X / **RULE TO REVOKE SUPERVISED RELEASE WILL BE SET**
    **BEFORE UNITED STATES DISTRICT JUDGE CARL J. BARBIER**

DATE OF ENTRY
DEC 28 2004

__ Fee
__ Process
X / Dktd
__ CtRmDep
__ Doc. No.