



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JAN -5 PH 4: 05

LORETTA G. WHYTE
CLERK

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-153 |
| v. | * | SECTION: "J" |
| JESSE TATE | * | |
| * | * | * |

## RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned

Assistant United States Attorney, who respectfully represents:

Jesse Tate (hereinafter referred to as defendant) pleaded guilty in the Eastern District

of Louisiana on August 2, 2000, to a violation of Title 18, United States Code, Section 922(g)(1),

relative to violation of the Federal Gun Control Act.

On November 8, 2000, defendant was committed to the custody of the Bureau of

Prisons to serve a term of 46 months imprisonment and upon release from imprisonment, be placed

on a three-year term of supervised release.  (A copy of the Judgment and Probation/ Commitment

Order is attached as Exhibit 1.)

On November 30, 2004, the U.S. Probation Office filed a Petition for Warrant or

Summons for Offender Under Supervision, which set forth the  terms and conditions of defendant's

1

DATE OF ENTRY

JAN - 7 2005

Fee
Process
X Dktd
CtRmDep
Doc. No

supervised release. (A Copy of the Petition for Warrant or Summons for Offender Under Supervision is attached as Exhibit 2 and incorporated by reference.) Defendant violated the terms and conditions of his supervised release in the manner set forth in Exhibit 2.

WHEREFORE, the government prays that defendant be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can, why the terms of supervised release granted to him on November 8, 2000, should not be revoked for his failure to abide by the terms of said supervised release.

Respectfully submitted,

JIM LETTTEN
UNITED STATES ATTORNEY

GREGORY KENNEDY, #20896
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3102

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ___5___ day of January 2005.

Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NOV 13 2000**

U.S. DISTRICT COURT
District of Louisiana

FILED NOV 1 3 2000

LORETTA C. WHYTE
Clerk

UNITED STATES OF AMERICA

CRIMINAL ACTION

VS. JESSE TATE
    1831 Esplanade Ave.
    New Orleans, LA 70117

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
(SOC. SEC. NO.)

00-153 J
(CASE NO./SEC.)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date NOVEMBER 8, 2000

**WITH COUNSEL**    John H. Craft, Asst. Federal Public Defender, 501 Magazine St, NOLA 70130

Court Reporter's Name: O. J. Robert    U.S. Attorney: C. Georges    Probation Officer: C. Harbison for R. C. Gulledge

**PLEA:** X GUILTY, and the Court being satisfied that there is a factual basis for the plea.

There being a finding of **GUILTY as to Count 1 on August 2, 2000**

Defendant has been convicted as charged of the offense(s) of 18 USC 922(g)(1) - Violation of the Federal Gun Control Act.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The Court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 46 months as to Count 1.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years as to Count 1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by this Court and shall not possess a firearm.

In addition, the following special conditions are imposed: 1) The defendant shall provide the probation officer with access to any requested financial information. 2) The defendant shall participate in an orientation and life skills program as directed by the probation officer. 3) The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer. 4) The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. 5) The defendant shall avoid contact with Ivane Scott and her family. 6) The defendant shall continue to work toward a GED and/or complete vocational training as directed by the Probation Officer.

**IT IS FURTHER ORDERED** that the defendant, Jesse Tate, be remanded to the custody of the U.S. Marshal.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00 as to Count 1, for a total assessment of $100.00.

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

**IT IS FURTHER ORDERED:** The Court has determined that the defendant does not have the ability to pay a fine. The fine is waived.

DATE OF ENTRY NOV 1 4 2000

**SIGNED BY:** _____

U.S. District Judge

CERTIFIED AS A TRUE COPY
ON THIS DATE

DATE OF ENTRY
NOV 1 4 2000

(Date) 11/09/2000

Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

BY: _____
Deputy Clerk

GOVERNMENT
EXHIBIT
1

Prob12C (7/93)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    NOV 3 0 2004

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender :  JESSE TATE**          **Case Number :**  053L 2:00CR00153-001J

**Name of Sentencing Judicial Officer  :**  Honorable Carl J. Barbier

**Offense :**  18 U.S.C. 922(g)(1) - Violation of the Federal Gun Control Act

**Date of Sentence :**  November 08, 2000

**Sentence :**  46 months custody of the Bureau of Prisons, followed by a three year term of supervised release.  A $100.00 special assessment was also imposed.

**Special Conditions :**

1. Financial disclosure
2. Orientation and life skills
3. Drug testing/treatment
4. Mental health treatment
5. Avoid contact with victim and her family
6. Obtain a General Equivalency Diploma and/or complete vocational training, as directed by the probation officer

**Type of Supervision :**     Supervised Release          **Date Supervision Commenced :**  November 03, 2003

**Assistant U.S. Attorney :**     Greg Kennedy          **Defense Attorney :**  John H. Craft

### PETITIONING THE COURT

[ X ] To issue a warrant to be lodged as a detainer          [ ] To issue a summons

For the arrest of Jesse Tate for alleged violations of Supervised Release , and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**          **Nature of Non –Compliance**

Mandatory Condition:

DATE OF ENTRY

DEC - 2 2004

___ Fee____
___ Process_____
X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

On November 11, 2004, Tate was arrested by members of the New Orleans Police Department and charged with domestic violence, criminal damage to property, disturbing the peace, public drunkenness, and criminal trespassing. These charges are pending in Orleans Parish Municipal Court under Docket Nos. 944-787 and 944-786.

On September 11, 2004, Tate was arrested by members of the New Orleans Police Department and charged with domestic violence. These charges are pending in Orleans Parish Municipal Court under Docket No. 936-487.

GOVERNMENT
EXHIBIT
2

On April 15, 2004, Tate was arrested by members of the New Orleans Police Department and charged with domestic violence. These charges are pending in Orleans Parish Municipal Court under Docket No. 917-192.

On March 30, 2004, Tate was arrested by members of the New Orleans Police Department and charged with public drunkenness. Tate pled guilty as charged on March 31, 2004, and was given credit for time served under Docket No. 914-920.

On November 6, 2003, Tate submitted a urinalysis to personnel of the U. S. Probation Office, which tested positive for marijuana. Tate denies using marijuana.

**CUSTODIAL STATUS :**

Tate is currently incarcerated in Orleans Parish Prison on municipal charges.

Michael E. Fulham
U.S. Probation Officer
November 24, 2004

REVIEWED BY:

Stephanie H. Williams
Supervising U. S. Probation Officer

**THE COURT ORDERS**

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

Date    November 30, 2004

Address of Offender:    1660 N. Roman St., Apt C
New Orleans, LA 70116

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING **ONLY:**

Original    -  Clerk's Office
1 Copy Certified    -  U.S. Attorney
1 Copy Certified    -  U.S. Marshal's Office
2 Copies Certified  -  U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *        CRIMINAL NO. 00-156

                    v.                              *        SECTION: "J"

JESSE TATE                                       *

                                    *        *        *


# O R D E R

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that Jesse Tate appear before this Court on the 23rd

day of February 2005, at 1:30 p.m., at the United States District Court,

Eastern District of Louisiana, 500 Camp Street, Room C-268, New Orleans, Louisiana, to show

cause, if any he can, why the terms of supervised release granted to him on November 8, 2000,

should not be revoked.

New Orleans, Louisiana, this _____6th_____ day of January 2005.


_____
UNITED STATES DISTRICT JUDGE

3