

MINUTE ENTRY
BARBIER, J.
February 23, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NUMBER: 00-153 |
| JESSE TATE | SECTION: J |
| COURTROOM DEPUTY:<br>EILEEN STENSRUD | COURT REPORTER:<br>RHONDA HARDIN |

**WEDNESDAY, FEBRUARY 23, 2005   1:30 P.M.
JUDGE CARL J. BARBIER PRESIDING**

**RULE TO REVOKE SUPERVISED RELEASE (27)**

Court begins at 2:45 p.m.
Case called.
All present and ready.
The court is informed of pending charges in Jefferson Parish and finds that this hearing should be continued.
IT IS ORDERED that the hearing be CONTINUED to APRIL 27, 2005 AT 1:30 P.M.
The defendant is remanded.
Court adjourns at 3 p.m.


ATTORNEYS: Greg Kennedy, AUSA
           John Craft, Asst. FPD for defndant

**TIME SPENT IN COURT:** 15 minutes

DATE OF ENTRY
FEB 2 5 2005

Fee ___
Process ___
X  Dkid ___
___ CtRmDep ___
Doc.No. 29