**MINUTE ENTRY**
**BARBIER, J.**
**APRIL 27, 2005**
**JS-10:  20 min.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 00-153** |
| **JESSE TATE** | **SECTION: J** |
| **COURTROOM DEPUTY:** | **COURT REPORTER:** |
| **EILEEN STENSRUD** | **PAT DURONCELET-RALPH** |

WEDNESDAY, APRIL 27, 2005   1:30 P.M.
JUDGE CARL J. BARBIER PRESIDING

**RULE TO REVOKE SUPERVISED RELEASE**

Court begins at 1:55 p.m.
Case called.
All present and ready.
Hearing is continued from previous date.
The court finds the defendant has violated the terms of his supervised release imposed on November 8, 2000.
The defendant is sentenced (See Judgment)
The defendant is ORDERED remanded.
Court adjourns at 2:15 p.m.

**ATTORNEYS:** Gregory Kennedy, Asst. U.S. Attorney
John Craft, Asst. Federal Public Defender

Fee
Process
X  Dktd
__/ CtRmDep
Doc No.