UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 26 PM 4:19

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NUMBER  00-153

Jessie Tate                             SECTION  "J"

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a) and (c) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS**

_____ set(s) for trial or hearing scheduled on:
4/27/05
DATE OF TRIAL OR HEARING

_____
Attorney's Signature

500 Poydras St., Ste. 318
Attorney's Address

New Orleans, LA 70130

4540
Attorney's Bar Number

Defendant
Party Attorney Represents

✓ Fee_____
✓ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____